**Order entered June 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00444-CV

### BRADLEY B. MILLER, Appellant

### V.

### TALLEY DUNN GALLERY, LLC AND TALLEY DUNN, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01598**

## ORDER

We **GRANT** appellees' June 25, 2015 unopposed motion for an extension of time to file a brief. Appellees shall file a brief by **AUGUST 3, 2015**. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE